UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL SERVICES ADMINISTRATION,<br><br>Defendant. | Civil Action No. 18-0377 (CRC) |

**JOINT STATUS REPORT**

By and through their respective undersigned counsel and pursuant to the Court's Minute Order of February 2, 2019, Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and the U.S. General Services Administration ("GSA") jointly and respectfully submit this status report in this action brought under the Freedom of Information Act ("FOIA").

As anticipated and discussed in the parties' prior joint status report of February 7, 2019 (ECF No. 25), GSA completed its supplemental search for records responsive to CREW's FOIA request underlying this suit and has now recently completed the processing and production of non-exempt, responsive records located through its supplemental search.  CREW has reviewed GSA's recent production and identified for GSA the questions and concerns it has.

Additionally, the parties received this Court's Memorandum Opinion and Order of March 5, 2019 (ECF No. 28), which determined that the information redacted by GSA in a document entitled "Findings and Determination" was not exempt under FOIA and ordered GSA to produce an unredacted version of that document to CREW.  At present, GSA and the Department of Justice are diligently reviewing the Court's interlocutory decision to determine whether the United States

- 2 -

will pursue an appeal or otherwise seek reconsideration of the Court's decision pursuant to applicable and standard Department of Justice procedures and guidelines.

To allow the parties a reasonable period of time to address the issues raised in GSA's recent production and to allow the United States a reasonable period of time to determine whether it will seek review of the Court's recent decision, the parties respectfully propose that GSA provide CREW and the Court a supplemental declaration by March 22, 2019, and that the parties file a further status report in this matter in 30 days—i.e., on or before April 8, 2019—to apprise the Court as to the parties' positions on future proceedings in this matter.

Respectfully submitted,

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| By:  /s/  <br>    ANNE L. WEISMANN<br>    1101 K Street, NW, Suite 201<br>    Washington, DC 20005<br>    (202) 408-5565 | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/  <br>    BRIAN P. HUDAK<br>    Assistant United States Attorney<br>    555 Fourth Street, NW<br>    Washington, DC 20530<br>    (202) 252-2549 |
| *Attorneys for Plaintiff CREW* | *Attorneys for Defendant GSA* |

Dated: March 8, 2019