UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**GENERAL SERVICES ADMINISTRATION**,<br><br>Defendant. | Civil Action No. 18-00377 (CRC) |

## JOINT STATUS REPORT

By and through their respective undersigned counsel Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant U.S. General Services Administration ("GSA") hereby submit this status report in this action brought under the Freedom of Information Act ("FOIA").

**Plaintiff's Statement**

On March 22, 2019, GSA filed the Declaration of Travis Lewis (ECF Dkt. 30-1) explaining the supplemental search for responsive documents that GSA undertook in response to the Court's Order. According to Mr. Lewis, that search uncovered approximately 6,738 pages of documents, of which only 18 were determined upon review to be actually responsive. Lewis Decl. ¶ 7. Mr. Lewis further attested that those 18 pages together with previously produced documents totaling 28 pages "represent the entirety of documents in GSA's possession related to Plaintiff's FOIA request," and further that GSA "did not exclude any sources or locations in the agency where responsive records may exist." *Id.* ¶ 10.

Based on these representations, made under penalty of perjury, CREW submits that no remaining issues exist for the Court's resolution. CREW notes its understanding that GSA has produced thousands of pages of documents to congressional committees investigating GSA's decisions concerning the FBI headquarters building,[1] but is mindful of the Court's Opinion of December 17, 2018 (ECF Dkt. 23) that "[w]ithout some hard evidence that the agency's search unreasonably missed *a particular document*" CREW's "speculation alone does not provide an adequate basis to order a subsequent search." Mem. Op. at 7 (emphasis added). At this point, CREW does not have that kind of "hard evidence" demonstrating that the production of 46 documents pertaining to the cancellation of a multi-million dollar procurement contract that was years in the works does not satisfy GSA's obligation under the FOIA to conduct an adequate search.

[Remainder of page intentionally left blank.]

---

[1] *See, e.g.*, Jason Miller, Rep. Quigley: 2,500 documents about FBI HQ are just the 'beginning' of investigation, *Federal News Network*, Mar. 14, 2019, *available at* https://federalnewsnetwork.com/hearings-oversight/2019/03/rep-quigley-2500-documents-about-fbi-hq-are-just-the-beginning-of-investigation/.

**Defendant's Statement**

Defendant concurs with Plaintiff's conclusion that there are no remaining disputed issues between the parties. Defendant further notes that GSA and the Department of Justice have not yet determined whether the United States will pursue an appeal of the Court's March 5, 2019 Order (ECF No. 28).

Dated:  April 5, 2019

                              Respectfully submitted,

                              */s/ Anne L. Weismann*
                              Anne L. Weismann, D.C. Bar No. 298190
                              Citizens for Responsibility and Ethics in Washington
                              1101 K Street, N.W., Suite 201
                              Washington, D.C. 20005
                              (202) 408-5565
                              aweismann@citizensforethics.org

                              *Attorneys for Plaintiff*

                              JESSIE K. LIU, D.C. Bar # 472845
                              United States Attorney

                              DANIEL F. VAN HORN, D.C. Bar # 924092
                              Chief, Civil Division

By: */s/ Melanie D. Hendry*
                              Melanie D. Hendry
                              Assistant United States Attorney
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 252-2510
                              melanie.hendry2@usdoj.gov

                              *Attorneys for Defendant*