UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) |
| *Plaintiff*, | ) ) ) Civil Action No. 18-377 (CRC) |
| UNITED STATES GENERAL SERVICES ADMINISTRATION, | ) ) ) ) |
| *Defendant*. | ) ) |

## DEFENDANT'S NOTICE OF APPEAL

**Notice is hereby given** this 2nd day of May, 2019 that defendant United States General Services Administration hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of the District Court entered on March 5, 2019 (Docket No. 28).

Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No.  924092
Civil Chief

  */s/  Melanie D. Hendry*
MELANIE D. HENDRY
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2510
melanie.hendry2@usdoj.gov